```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

TYRELL JOHNSON,

                          Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2023

23 Cr. 365 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' proposed protective order. ECF No. 5-1. The Court shall not retain jurisdiction over the protective order following termination of this action. *Id.* ¶ 7. Accordingly, by **August 3, 2023**, the parties shall submit a revised proposed protective order.

The Clerk of Court is directed to terminate the motion at ECF No. 5.

SO ORDERED.

Dated: July 27, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge