# Federal Defenders
## OF NEW YORK, INC.

52 Dua

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2023

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 2, 2023

<u>Via ECF</u>

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Tyrell Johnson</u>
      23 Cr. 365 (AT)

Dear Judge Torres,

    We write to respectfully request a modification of Mr. Johnson's pretrial release conditions in the above-captioned matter. Specifically, we request that the Court add to Mr. Johnson's release conditions that he participate in mental health treatment as directed by Pretrial Services. Including this condition will allow Mr. Johnson to access such services through a Pretrial Services-contracted provider. Pretrial Services recommends this condition and the Government takes no position.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Rebecca Dell
      Pretrial Services Officer Francesca Piperato

GRANTED.

SO ORDERED.

Dated: August 2, 2023
       New York, New York

ANALISA TORRES
United States District Judge