**Federal Defenders**
OF NEW YORK, INC.

52 Du

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/10/2023__

August 9, 2023

**Via ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Tyrell Johnson**
       **23 Cr. 365 (AT)**

Dear Judge Torres,

     We write to respectfully request a modification of Mr. Johnson's personal recognizance bond in the above-captioned matter. *See* Doc. 16. Specifically, we request that the Court remove the condition that Mr. Johnson reside at the Springfield Gardens address included in the bond and replace it with a condition that Mr. Johnson reside at "an address approved by Pretrial Services." *See id.* at 8. In addition, we request that the Court remove the condition that one of the two co-signers be Mr. Johnson's girlfriend and replace it with a condition that the bond be co-signed by "two financially responsible persons, including Mr. Johnson's mother and another person approved by the U.S. Attorney's Office." *See id.* Pretrial Services recommends these modifications and the Government takes no position.

     We thank the Court for its consideration of this request.

                                          Respectfully submitted,

                                          /s/

                                          Neil P. Kelly
                                          Assistant Federal Defender
                                          (212) 417-8744

GRANTED.

SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge