**Federal Defenders**
OF NEW YORK, INC.

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/22/2023__

November 21, 2023

**Via ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   **United States v. Tyrell Johnson**
      **23 Cr. 365 (AT)**

Dear Judge Torres,

I write on behalf of Tyrell Johnson to respectfully request a temporary modification of Mr. Johnson's conditions of pretrial release to allow him to celebrate Thanksgiving at a family member's home in Queens, New York (at an address he has provided to Pretrial Services). Pretrial Services informed the undersigned that it has a general policy to object to "social" visits for defendants on home detention, but otherwise notes Mr. Johnson's overall compliance with the terms of his pretrial supervision. The Government defers to Pretrial Services' view.

Mr. Johnson was arrested on June 29, 2023 and released subsequent to his co-signers being sworn to his personal recognizance bond. Among his conditions of release, Mr. Johnson has been subject to home detention, substance abuse treatment, and mental health treatment. While earlier on his release, Mr. Johnson had issues relating to his residence, those issues have been resolved and Mr. Johnson has otherwise been complaint with the terms of his pretrial release and an active participant in his substance abuse and mental health programming. Given his overall record of compliance and his appearance at every court appearance to date, we respectfully request that he be permitted to celebrate Thanksgiving with his family at a home close to his residence on a schedule approved by Pretrial Services.

GRANTED.

SO ORDERED.

Dated: November 22, 2023
       New York, New York

ANALISA TORRES
United States District Judge