UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

TYRELL JOHNSON,

                       Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2023
```

23 Cr. 365 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for November 28, 2023, is ADJOURNED to **December 5, 2023**, at **10:20 a.m.**

    SO ORDERED.

Dated: November 27, 2023
       New York, New York

                                           ANALISA TORRES
                                   United States District Judge