```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/16/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

TYRELL JOHNSON,

                  Defendant.

23 Cr. 365 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant shall appear for a change-of-plea hearing on **January 30, 2024**, at **11:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: January 16, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge