UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

TYRELL JOHNSON,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/30/2024_

23 Cr. 365 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of Defendant's guilty plea, the trial scheduled for April 16, 2024, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 30, 2024
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge