UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

TYRELL JOHNSON,

                                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __2/13/2026__
```

23 Cr. 365 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The parties shall appear for a violation of supervised release initial conference on **February 23, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 13, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge