UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TYRELL JOHNSON,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __2/20/2026__

23 Cr. 365 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial violation of supervised release conference scheduled for February 23, 2026, is ADJOURNED *sine die* pending further updates from the parties.  The parties shall submit a status update by **March 26, 2026**.

SO ORDERED.

Dated: February 20, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge