USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _9/14/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TYRELL JOHNSON,

Defendant.

23 Cr. 365 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The violation of supervised release initial conference scheduled for September 14, 2026, at 3:00 p.m. is ADJOURNED. The conferenced is rescheduled for **November 9, 2026** at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 14, 2026
New York, New York

ANALISA TORRES
United States District Judge